IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FORM-COVE MANUFACTURING, INC.,

    Plaintiff,

vs.     1:21-cv-00361-KWR-KK

CENTRAL MUTUAL INSURANCE COMPANY,
and HUB INTERNATIONAL INSURANCE SERVICES, INC.

    Defendants.

## JUDGMENT

**THIS MATTER** comes before the Court upon Defendants' Motion to Dismiss **(Doc. 9)**. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order **(Doc. 28)**, entered on **July 28, 2021**, and which accompanies this judgment, the Court finds that Plaintiff failed to state a claim under Fed. R. Civ. P. 12(b)(6), and therefore this case should be **DISMISSED.**

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims against the Defendants in this action are hereby **DISMISSED**, thus disposing of this case in its entirety.

**IT IS SO ORDERED.**

                        **KEA W. RIGGS**
                        **UNITED STATES DISTRICT JUDGE**